IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARYL DEAN DAVIS, MARK APANA, ELIZABETH VALDEZ KYNE, and EARL TANAKA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FOUR SEASONS HOTEL LIMITED, DBA FOUR SEASONS RESORT, MAUI,<br><br>        Defendant, | CIVIL NO. 08-00525 HG-LEK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY ALTERNATIVE REQUESTS FOR ASSIGNMENT PURSUANT TO L.R. 40.2 |

**<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO DENY ALTERNATIVE REQUESTS FOR ASSIGNMENT
PURSUANT TO L.R. 40.2 (Doc. No. 26)</u>**

Findings and Recommendation having been filed and served on all parties on March 19, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation,

(Doc. No. 51) are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, April 14, 2009.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge