IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Daryl Dean Davis, Mark Apana, Elizabeth Valdez Kyne, Earl Tanaka, Thomas Perryman, Deborah Scarfone, <br><br>  Plaintiffs, <br><br> vs. <br><br> Four Seasons Hotel Limited dba Four Seasons Resort, Maui, MSD Capital Inc, <br><br>  Defendants. | 08-CV-00525 HG-LEK <br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS THAT THE CLERK'S OFFICE BE DIRECTED TO CLOSE CASE ADMINISTRATIVELY (DOC. 82) |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS THAT THE CLERK'S OFFICE BE DIRECTED TO CLOSE CASE ADMINISTRATIVELY (DOC. 82)

Findings and Recommendations (Doc. 82) having been filed and served on all parties on June 29, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendations, (Doc. 82), are adopted as the opinion and order of this Court.

The case is administratively closed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 28, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge